JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES VERNON LINCOLN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION; JANE DOE; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendant. | Case No. 2:21-cv-09850 DSF (SKx)<br>[Assigned for all purposes to the Hon. Judge Dale S. Fischer, Dept. 7D]<br><br>**ORDER REMANDING FROM FEDERAL TO STATE COURT** |

　　The Stipulation of Defendant COSTCO WHOLESALE CORPORATION and Plaintiff JAMES VERNON LINCOLN for Remand to the Los Angeles County Superior Court, and that Plaintiff has stipulated to cap damages at $74,999.99 has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 21STCV43505.

Dated: _____August 25_____, 2022　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE